# Order

Michigan Supreme Court
Lansing, Michigan

May 21, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147950 & (81)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 147950
                                    COA: 298206
VICTOR LEN CRUMP,                     Jackson CC: 09-006101-FH
      Defendant-Appellant.

_____/

      On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the July 11, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2014 _____



Clerk

s0514